IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA MUNICIPAL INSURANCE CORPORATION, a non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv300-MHT (WO) |
| MUNICH REINSURANCE AMERICA, INC., a foreign corporation, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Having considered the complexity of this case, it is ORDERED that the court will hear oral argument on defendant Munich's motion for summary judgment (Doc. 86) only as the motion relates to plaintiff AMIC's second count (the "Spanish Fort" claim) during the video conference on December 13, 2022. This will allow the court to get a better understanding of the issues at the foundation of the other breach-of-contract claims in AMIC's amended complaint (Doc. 59). Parties should be prepared to discuss all aspects of the

"Spanish Fort" claim, Munich's motion to dismiss (Doc. 86), and AMIC's response in opposition to that motion (Doc. 113).

In addition to oral argument, the final pretrial conference will proceed as scheduled, as provided by Rule 16 of the Federal Rules of Civil Procedure. As part of the pretrial conference, parties should be prepared to discuss all aspects of AMIC's motion for clarification of jury demand (Doc. 153) and Munich's response in opposition (158).

DONE, this the 12th day of December, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE