IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA MUNICIPAL           )
INSURANCE CORPORATION, a    )
non-profit corporation,     )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:20cv300-MHT
                            )          (WO)
MUNICH REINSURANCE          )
AMERICA, INC., a foreign    )
corporation,                )
                            )
     Defendant.             )
```

ORDER

In light of the opinions entered on the Spanish Fort claim (Doc. 178) and the Hanceville claim (Doc. 189), it is ORDERED that:

(1) No later than May 8, 2023, counsel for all parties shall conduct another settlement conference at which counsel shall engage in good-faith settlement negotiations as to the remaining claims and counterclaims. If settlement cannot be reached, counsel shall also discuss whether mediation will

assist the parties in reaching settlement.  No later than noon on three business days after this conference, counsel for plaintiff Alabama Municipal Insurance Corporation shall file a pleading titled "Supplemental Notice Concerning Settlement Conference and Mediation." This pleading shall indicate whether settlement was reached in whole or in part and, if not in whole, whether parties believe mediation or a settlement conference with the presiding judge will assist them in resolving this case short of trial.

    (2) No later than noon on May 19, 2023, counsel are to file new briefs that address in full the Woodland claim, including repeating earlier arguments.

    DONE, this the 27th day of April, 2023.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**