IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA MUNICIPAL            )
INSURANCE CORPORATION, a     )
non-profit corporation,      )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:20cv300-MHT
                             )          (WO)
MUNICH REINSURANCE           )
AMERICA, INC., a foreign     )
corporation,                 )
                             )
     Defendant.              )
```

ORDER REGARDING SETTLEMENT DISCUSSIONS
AND POSSIBLE MEDIATION

Based on the representations made on the record on August 28, 2023, including that the parties want a month or more to discuss settlement and perhaps pursue mediation before proceeding with this case, it is ORDERED as follows:

(1) Between now and October 13, 2023, counsel for all parties shall engage in good-faith settlement negotiations as to ALL claims and counterclaims (including, if necessary, even those claims already

addressed by the court).  If settlement cannot be reached, counsel shall also discuss whether mediation will assist the parties in reaching settlement.  No later than October 13, 2023, counsel for plaintiff Alabama Municipal Insurance Corporation shall file a report titled "Supplemental Notice Concerning Settlement Conference and Mediation."  This report shall indicate whether settlement was reached in whole or in part and, if not in whole, whether parties believe mediation or a settlement conference with a magistrate judge or a private mediator will assist them in resolving this case short of trial--or whether more reasonable time is needed for further settlement and mediation efforts.

(2) If this case does not settle in full, oral argument on defendant Munich Reinsurance America, Inc.'s motion for summary judgment (Doc. 86), as it relates to the "Fairhope breach-of-contract claim" (or some other unsettled claim or counterclaim if the Fairhope claim settles), will be set by Zoom

conference.  No later than 14 business days before oral argument, counsel for both parties are to file new briefs that address in full the Fairhope claim, including repeating arguments made in earlier filings.

(3) This case is administratively closed pending settlement discussions and possible mediation.

DONE, this the 30th day of August, 2023.

                                    <u>/s/ Myron H. Thompson</u>
                                **UNITED STATES DISTRICT JUDGE**