IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA MUNICIPAL          )
INSURANCE CORPORATION, a   )
non-profit corporation,    )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      2:20cv300-MHT
                           )          (WO)
MUNICH REINSURANCE         )
AMERICA, INC., a foreign   )
corporation,               )
                           )
     Defendant.            )
```

ORDER

Pending the parties' settlement discussions and mediation efforts, it is ORDERED that the following motions are denied with leave to renew:  motion to exclude the expert testimony (Doc. 82); motion in limine to exclude expert testimony (Doc. 83); motion in limine to exclude expert testimony (Doc. 84); motion to dismiss for lack of jurisdiction (Doc. 111) ; motion for clarification of jury demand or, alternatively, for relief under rule 39(b) (Doc. 153); motion for

reconsideration (Doc. 157); and alternative motion for leave to file (Doc. 157).

Should the settlement efforts fail, the parties should immediately contact the court about renewing the motions at the appropriate times if necessary.

DONE, this the 30th day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE