IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA MUNICIPAL INSURANCE CORPORATION, a non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv300-MHT (WO) |
| MUNICH REINSURANCE AMERICA, INC., a foreign corporation, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

In an order entered on March 19, 2024, the court set oral argument on defendant Munich Reinsurance America, Inc.'s motion for summary judgment (Doc. 86) only as the motion relates to count three of plaintiff Alabama Municipal Insurance Corporation's amended complaint (Doc. 64) (the "Fairhope" claim) for May 20, 2024, at 9:00 a.m., by Zoom conference.  *See* Order (Doc. 217) at 1-2.  The court ordered the parties to submit new briefs about the Fairhope claim "[n]o later than 14 business days before oral argument."  *Id.* at 2.

The court has been informed orally that AMIC interpreted the court's earlier order as imposing a deadline of 14 days before oral argument, rather than 14 business days, and that AMIC would prefer having until 14 days before oral argument to submit its brief. Munich has informed the court orally that it does not oppose an amended briefing deadline of 14 days, rather than 14 business days, before oral argument.

Accordingly, it is ORDERED as follows:

(1) The court's order entered on March 19, 2024 (Doc. 217), is amended to modify the reference to "14 business days" to "14 days."

(2) Oral argument on the Fairhope claim will still be held, as scheduled, on May 20, 2024, at 9:00 a.m., by Zoom conference.

DONE, this the 29th day of April, 2024.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**