```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ALABAMA MUNICIPAL            )
INSURANCE CORPORATION, a     )
non-profit corporation,      )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:20cv300-MHT
                             )            (WO)
MUNICH REINSURANCE           )
AMERICA, INC., a foreign     )
corporation,                 )
                             )
     Defendant.              )
```

ORDER ON HANCEVILLE CLAIMS

In accordance with the opinion issued today, it is ORDERED that:

(1) The Hanceville claims for breach of contract and bad-faith refusal to pay (Count V and Count VI of the amended complaint) shall be severed together from the other counts contained in the complaint, such that in all further proceedings the action shall be treated as if a separate complaint had been filed.  *See* Amended Compl. (Doc. 64) ¶¶ 114-142.

(2) The filing fee is waived for the severed case.

(3) The clerk of the court is DIRECTED to file the severed case as a separate action.  The clerk of the court shall docket this order in the severed case, followed by Doc. 64 and Doc. 61, which shall be designated as the complaint and answer, respectively. The clerk of the court shall also docket a copy of the docket sheet in case number 2:20cv300-MHT for informational purposes.

(4) If the parties wish to docket additional documents from case number 2:20cv300-MHT in the newly severed case, they need only ask.

DONE, this the 12th day of July, 2024.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**