IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA MUNICIPAL INSURANCE CORPORATION, a non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:20cv300-MHT (WO) |
| MUNICH REINSURANCE AMERICA, INC., a foreign corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

ORDER ON HOMEWOOD, WARRIOR, AND DOTHAN COUNTERCLAIM

In accordance with the opinion issued today, it is ORDERED that:

(1) The count of the counterclaim pertaining to Homewood, Warrior, and Dothan (Count V of the second amended counterclaim) shall be severed from the other counts contained in the counterclaim and treated in all further proceedings as if it had been filed by defendant Munich Reinsurance America, Inc. as a separate action. *See* Second Amended Answer and Counterclaim (Doc. 61) at 58-59; *see also* Pretrial

Order (Doc. 168) at 10-11.  The parties shall be realigned such that Munich will be the plaintiff in the severed case, and plaintiff Alabama Municipal Insurance Corporation will be the defendant.

(2) The filing fee is waived for the severed case.

(3) The clerk of the court is DIRECTED to file the severed case as a separate action.  The clerk of the court shall docket this order in the severed case, followed by Doc. 61 and Doc. 65, which shall be designated as the complaint and answer, respectively. The clerk of the court shall also docket a copy of the docket sheet in case number 2:20cv300-MHT for informational purposes.

(4) If the parties wish to docket additional documents from case number 2:20cv300-MHT in the newly severed case, they need only ask.

(5) So that the court may continue taking up the parties' arguments on a staggered basis, Munich is not to file a new motion for summary judgment in this severed case until the court directs it to do so.  An

order scheduling briefing will follow.

DONE, this the 12th day of July, 2024.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**