IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA MUNICIPAL            )
INSURANCE CORPORATION, a     )
non-profit corporation,      )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:20cv300-MHT
                             )            (WO)
MUNICH REINSURANCE           )
AMERICA, INC., a foreign     )
corporation,                 )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinions entered on March 16, 2021 (Doc. 29) (dismissing the claims for bad-faith refusal to pay); February 21, 2023 (Doc. 178) (granting summary judgment to Munich on the Spanish Fort breach-of-contract claim); August 30, 2023 (Doc. 200) (granting summary judgment to Munich on the Woodland breach-of-contract claim); and May 23, 2024 (Doc. 228) (granting summary judgment to Munich on the Fairhope breach-of-contract claim), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Munich Reinsurance America, Inc.'s motion to dismiss Count IV of the complaint (Doc. 7) (the Fairhope claim for bad-faith refusal to pay) is granted, and said count is dismissed.

(2) Defendant Munich's motion for summary judgment (Doc. 86) is granted as to Counts I, II, and III of the complaint--that is, the Spanish Fort, Woodland, and Fairhope breach-of-contract claims.

(3) Judgment is entered in favor of defendant Munich and against plaintiff Alabama Municipal Insurance Corporation (AMIC) as to the above-mentioned claims, with plaintiff AMIC taking nothing by its complaint as to these claims.

It is further ORDERED that costs are taxed against plaintiff AMIC, for which execution may issue.

There being "no just reason for delay," Fed. R. Civ. P. 54(b), the clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of July, 2024.

                                            /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**